## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dalton A. Whyte <br> <u>Debtor(s)</u> | BKY. NO. 15-04752 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4299

                        Respectfully submitted,

                        **/s/ Thomas Puleo**
                        Thomas Puleo, Esquire
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 825-6306  FAX (215) 825-6406
                        Attorney for Movant/Applicant