IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 5:15-bk-04752-JJT |
| DALTON A. WHYTE | : | |
| AKA DALTON ANDREW WHYTE | : | Chapter No. 13 |
| AKA DALTON WHYTE | : | |
| AKA DALTON WHITE | : | |
| AKA DALTON ANDREW WHITE | | |
| FDBA MONAVIE | | |
| AKA DALTON A. WHITE | | |

**Debtor**

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for **WELLS FARGO BANK, N.A.** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 699 HALLET ROAD, EAST STROUDSBURG, PA 18301 with the mortgage recorded on June 30, 2006 Book 2272, Page 8452 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

December 11, 2018

        <u>/s/ Thomas Song, Esquire</u>
        Thomas Song, Esq., Id. No.89834
        Phelan Hallinan Diamond & Jones, LLP
        1617 JFK Boulevard, Suite 1400
        One Penn Center Plaza
        Philadelphia, PA 19103
        Phone Number: 215-563-7000 Ext 31387
        Fax Number: 215-568-7616
        Email: Thomas.Song@phelanhallinan.com