LOCAL BANKRUPTCY FORM 5071-1
THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| DALTON A. WHYTE : | BK. No. 5:15-bk-04752-RNO |
| A/K/A DALTON ANDREW WHYTE : | |
| A/K/A DALTON WHYTE : | Chapter No. 13 |
| A/K/A DALTON WHITE : | |
| A/K/A DALTON ANDREW WHITE : | |
| F/D/B/A . MONAVIE : | 11 U.S.C. §362 |
| A/K/A DALTON A. WHITE : | |
| Debtor : | Name of Proceeding: MOTION FOR |
| : | RELIEF FROM THE AUTOMATIC |
| WELLS FARGO BANK N.A. : | STAY |
| Movant : | |
| v. | Document # 48 |
| DALTON A. WHYTE | |
| A/K/A DALTON ANDREW WHYTE | |
| A/K/A DALTON WHYTE | |
| A/K/A DALTON WHITE | |
| A/K/A DALTON ANDREW WHITE | |
| F/D/B/A . MONAVIE | |
| A/K/A DALTON A. WHITE | |
| Respondent | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.
Reason for the continuance:

**Parties are trying to resolve the matter and request to continue to January 17, 2020**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

**Dated:
December 17, 2019**

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DALTON A. WHYTE | : | BK. No. 5:15-bk-04752-RNO |
| A/K/A DALTON ANDREW WHYTE | : | |
| A/K/A DALTON WHYTE | : | Chapter No. 13 |
| A/K/A DALTON WHITE | : | |
| A/K/A DALTON ANDREW WHITE | : | |
| F/D/B/A . MONAVIE | : | 11 U.S.C. §362 |
| A/K/A DALTON A. WHITE | : | |
| Debtor | : | Name of Proceeding: MOTION FOR |
| | : | RELIEF FROM THE AUTOMATIC |
| WELLS FARGO BANK N.A. | : | STAY |
| Movant | : | |
| v. | | Document # 48 |
| DALTON A. WHYTE | | |
| A/K/A DALTON ANDREW WHYTE | | |
| A/K/A DALTON WHYTE | | |
| A/K/A DALTON WHITE | | |
| A/K/A DALTON ANDREW WHITE | | |
| F/D/B/A . MONAVIE | | |
| A/K/A DALTON A. WHITE | | |
| Respondent | | |

CERTIFICATION OF SERVICE

TO THE BANKRUPTCY COURT CLERK:

Service upon the following persons was made by sending a true and correct copy of the Request to continue Hearing/Trial with Concurrence by first class mail or electronic means on the date listed below.

CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)  
8125 ADAMS DRIVE, SUITE A  
HUMMELSTOWN, PA 17036

DALTON A. WHYTE  
198 HALLET ROAD  
EAST STROUDSBURG, PA 18301-8321

VINCENT RUBINO, ESQUIRE  
712 MONROE STREET, PO BOX 511  
STROUDSBURG, PA 18360-0511

UNITED STATES TRUSTEE  
228 WALNUT STREET, SUITE 1190  
HARRISBURG, PA 17101

DATE: December 17, 2019

/s/ Mario J. Hanyon, Esquire  
Mario J. Hanyon, Esq., Id. No.203993  
Phelan Hallinan Diamond & Jones, LLP  
1617 JFK Boulevard, Suite 1400  
Philadelphia, PA 19103  
Phone Number: 215-563-7000 Ext 31340  
Fax Number: 215-568-7616  
Email: mario.hanyon@phelanhallinan.com