```
United States Bankruptcy Court
  Middle District of Pennsylvania
```

In re:                                                                          Case No. 15-04752-RNO
Dalton A. Whyte                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Aug 25, 2020
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.
db          Dalton A. Whyte,    198 Hallet Road,    East Stroudsburg, PA  18301-8321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:
        Alexandra Teresa Garcia    on behalf of Creditor    PNC Bank, National Association ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
        Ann E. Swartz    on behalf of Creditor    PNC Bank, National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association josh.goldman@padgettlawgroup.com,  kevin.shatley@padgettlawgroup.com
        Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank N.A. pamb@fedphe.com
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
        Robert J Kidwell, III    on behalf of Debtor 1 Dalton A. Whyte rkidwell@newmanwilliams.com, rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com
        Thomas  Song    on behalf of Creditor    Wells Fargo Bank N.A. pamb@fedphe.com
        Thomas  Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
        Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent  Rubino    on behalf of Debtor 1 Dalton A. Whyte lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
                                                                                                               TOTAL: 12

VR/MAG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DALTON A. WHYTE, | : | CHAPTER 13 |
| a/k/a DALTON ANDREW WHYTE, | : | |
| a/k/a DALTON WHYTE, | : | CASE NO. 5:15-bk-04752 |
| a/k/a DALTON ANDREW WHITE, | : | |
| a/k/a DALTON A. WHITE, | : | |
| a/k/a DALTON WHITE, | : | |
| f/d/b/a MONAVIE, | : | |
|     Debtor | : | |

**ORDER GRANTING
<u>MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION</u>**

AND NOW, upon consideration of Debtor's Motion to Modify Chapter 13 Plan After Confirmation, Debtor's Fourth Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtor's Motion to Modify Chapter 13 Plan After Confirmation is GRANTED. It is further **ORDERED** that the amendments in the Fourth Amended Chapter 13 Plan filed in conjunction with Debtor's Motion to Modify Chapter 13 Plan After Confirmation are hereby APPROVED.

Dated: August 24, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (DG)