In re:  Case No. 15-04752-RNO
Dalton A. Whyte  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 1    Date Rcvd: Sep 09, 2020
                         Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
4759968     Wells Fargo Bank, N.A.,    C/O Wells Fargo Bank, N.A., as servicer,    Attention: Bankruptcy Department,    MAC# D3347-014 3476 Stateview Blvd,    Fort Mill, SC 29715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:
        Alexandra Teresa Garcia    on behalf of Creditor    PNC Bank, National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Ann E. Swartz    on behalf of Creditor    PNC Bank, National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
        Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank N.A. pamb@fedphe.com
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
        Robert J Kidwell, III    on behalf of Debtor 1 Dalton A. Whyte rkidwell@newmanwilliams.com, rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com
        Thomas Song    on behalf of Creditor    Wells Fargo Bank N.A. pamb@fedphe.com
        Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
        Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent Rubino    on behalf of Debtor 1 Dalton A. Whyte lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
                                                       TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-04752-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Dalton A. Whyte
198 Hallet Road
East Stroudsburg PA 18301-8321

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/09/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 5: Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attention: Bankruptcy Department, MAC# D3347-014 3476 Stateview Blvd, Fort Mill, SC 29715 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/11/20

Terrence S. Miller
**CLERK OF THE COURT**