**VR/GT**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | **DALTON A. WHYTE**, : | CHAPTER 13 |
| | a/k/a Dalton Andrew Whyte, : | |
| | a/k/a Dalton Whyte, : | CASE NO. **5:15-bk-04752** |
| | a/k/a Dalton Andrew White, : | |
| | a/k/a Dalton A. White, : | |
| | a/k/a Dalton White, : | |
| | fdba Monavie, : | |
| | Debtor : | |

ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the Wage Attachment Order entered in the herein case on April 15, 2016 is hereby terminated.