United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                        Case No. 15-04752-RNO
Dalton A. Whyte                                                               Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Dalton A. Whyte, 198 Hallet Road, East Stroudsburg, PA 18301-8321 |
|  | Z.A.M. Transportation Company, Inc., Attn: Payroll Department, 84 Manufacturers Place, Newark, NJ 07105 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor PNC Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor PNC Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christopher A DeNardo | on behalf of Creditor Specialized Loan Servicing  LLC pabk@logs.com |
| Joshua I Goldman | on behalf of Creditor PNC Bank  National Association josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| Mario John Hanyon | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov  DPugh@monroecountypa.gov |

Robert J Kidwell, III
             on behalf of Debtor 1 Dalton A. Whyte rkidwell@newmanwilliams.com
             rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com

Thomas Song
             on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com

Thomas Song
             on behalf of Creditor Wells Fargo Bank  N.A. pamb@fedphe.com

Thomas I Puleo
             on behalf of Creditor PNC Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
             ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
             on behalf of Debtor 1 Dalton A. Whyte
             lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:  **DALTON A. WHYTE**,        :        CHAPTER 13
a/k/a Dalton Andrew Whyte,  :
a/k/a Dalton Whyte,         :        CASE NO. **5:15-bk-04752**
a/k/a Dalton Andrew White,  :
a/k/a Dalton A. White,      :
a/k/a Dalton White,         :
fdba Monavie,               :
                 Debtor     :

ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment

Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the

Wage Attachment Order entered in the herein case on April 15, 2016 is hereby

terminated.

Dated:   October 21, 2020            By the Court,

_____

Robert N. Opel, II, Bankruptcy Judge   (DG)