# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton a. White
**Debtor(s)**

Specialized Loan Servicing, LLC
**Movant(s)**

Vs.

Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton a. White
**Debtor(s)**
Charles J. DeHart, III, Trustee
**Respondent(s)**

Chapter: 13

Case number: 15-04752/RNO

Matter: Motion for Relief from Stay

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on November 3, 2015.

A hearing on the above referenced matter has been scheduled for:

**United States Bankruptcy Court**
**Max Rosenn U.S. Courthouse**
**197 S. Main Street, Courtroom #2**
**Wilkes-Barre, PA 18701**

Date: **December 9, 2020**
Time: **9:30 am**

Any objection/response to the above referenced matter must be filed and served on or before December 1, 2020.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Date: 11/17/2020

Movant's Name, Address, Phone Number
National Bankruptcy Services, LLC
14841 Dallas Parkway
Suite 300
Dallas, TX 75254