IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton a. White<br>　　　　Debtor, | BANKRUPTCY CASE NUMBER<br>15-04752/RNO<br><br>CHAPTER 13 |
| Specialized Loan Servicing, LLC<br>　　　　Movant.<br>v.<br><br>Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton a. White<br>　　　　Debtor/Respondent,<br><br>Charles J. DeHart, III, Trustee<br>　　　　Additional Respondent. | 11 U.S.C. § 362 |

**CERTIFICATE OF SERVICE**

　　　　I, Grace Beatrice, an employee of the law firm of Shapiro & DeNardo, LLC hereby certify that I caused to be served true and correct copies of the Amended Notice of Hearing, docket #75, by First Class Mail, postage prepaid or by electronic notification, at the respective last known address of each person set forth below on November 30, 2020:

Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton a. White
198 Hallet Road, East Stroudsburg, PA 18301

Vincent Rubino, Esquire712 Monroe Street, PO Box 511, Stroudsburg, PA 18360
Sent via electronic notification VRubino@newmanwilliams.com

Charles J. DeHart, III, Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036
Sent via electronic notification dehartstaff@pamd13trustee.com

United States Trustee
Sent via electronic notification ustpregion03.ha.ecf@usdoj.gov

　　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Grace Beatrice
　　　　　　　　　　　　　　　　　　　　　　　　Grace Beatrice
　　　　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
S&D File #:20-065589　　　　　　　　　　　　　(610) 278-6800