LOCAL BANKRUPTCY FORM 5071-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton A. White<br>　　Debtor. | CHAPTER 13<br><br>BANKRUPTCY NO. 15-04752/RNO<br><br>ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| Specialized Loan Servicing, LLC<br>　　Plaintiff(s)/Movant(s) | Nature of Proceeding: Motion for Relief |
| vs. | Pleading: Motion for Relief |
| Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton A. White<br>　　Debtor/Respondent | Document # 71 |

## **REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].
Reason for the continuance:

Firm is requesting the Motion for Relief to be continue, so that the firm can re-file the notice of hearing and certificate of service

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding. Opposing counsel does not oppose continuance.

                                                    Respectfully submitted,
                                                    /s/ Kristen D. Little
Dated: December 3, 2020                  BY:_____
                                                Kristen D. Little, Esquire
                                                Shapiro & DeNardo, LLC
                                                3600 Horizon Drive, Suite 150
                                                King of Prussia, PA 19406
                                                (610) 278-6800/ fax (847) 954-4809
S&D File #:20-065589                     PA BAR ID #79992
                                                klittle@logs.com