LOCAL BANKRUPTCY FORM 9019-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton A. White <br>     Debtor. <br><br> Specialized Loan Servicing, LLC <br>     Plaintiff(s)/Movant(s) <br><br> vs. <br><br> Dalton A. Whyte a/k/a Dalton Andrew Whyte a/k/a Dalton Whyte a/k/a Dalton White a/k/a Dalton Andrew White f/b/d/a Monavie a/k/a Dalton A. White <br>     Debtor/Respondent | CHAPTER 13 <br><br> BANKRUPTCY NO. 15-04752/RNO <br><br> ADVERSARY NO. __ - ___ -ap- _____ <br> **(If applicable)** <br><br> Nature of Proceeding: Motion for Relief <br><br> Pleading: Motion for Relief <br><br> Document # 71 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1)  A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☐ Thirty (30) days.

    ☐ Forty-five (45) days.

    ☐ Sixty (60) days.

(2)  If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)  Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

    Respectfully submitted,

Dated: _01/07/2021_____

BY: /s/ Kristen D. Little, Esquire
Kristen D. Little, Esquire
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #79992
klittle@logs.com
pabk@logs.com

LLG File #:20-065589