# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    DALTON A. WHYTE                                Case No.: 5-15-04752-RNO
                                                                             Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | WELLS FARGO |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 198 Hallet - PRE-ARREARS - 9698 |
| Property Address if applicable: | 198 HALLET ROAD, , EAST STROUDSBURG, PA18301-8321 |

**PART 2:**                 **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $18,566.65 |
| b. | Prepetition arrearages paid by the Trustee: | $18,566.65 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $3,349.87 |
| f. | Postpetition arrearages paid by the Trustee: | $3,349.87 |
| g. | Total b, d, f: | $21,916.52 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021 Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name: WELLS FARGO
Court Claim Number: 03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 9003355 | 09/01/2016 | $80.15 | $0.00 | $80.15 |
| 5200 | 9003435 | 10/05/2016 | $546.88 | $0.00 | $546.88 |
| 5200 | 9003517 | 11/02/2016 | $324.46 | $0.00 | $324.46 |
| 5200 | 9003600 | 12/06/2016 | $537.73 | $0.00 | $537.73 |
| 5200 | 9003682 | 01/12/2017 | $537.72 | $0.00 | $537.72 |
| 5200 | 9003682 | 02/03/2017 | $-537.72 | $0.00 | $-537.72 |
| 5200 | 9003761 | 02/08/2017 | $967.90 | $0.00 | $967.90 |
| 5200 | 9003836 | 03/09/2017 | $430.18 | $0.00 | $430.18 |
| 5200 | 9003912 | 04/12/2017 | $537.72 | $0.00 | $537.72 |
| 5200 | 9003912 | 05/05/2017 | $-537.72 | $0.00 | $-537.72 |
| 5200 | 9003990 | 05/11/2017 | $967.90 | $0.00 | $967.90 |
| 5200 | 9004073 | 06/13/2017 | $537.72 | $0.00 | $537.72 |
| 5200 | 9004146 | 07/06/2017 | $430.18 | $0.00 | $430.18 |
| 5200 | 9004226 | 08/10/2017 | $537.72 | $0.00 | $537.72 |
| 5200 | 9004305 | 09/19/2017 | $537.73 | $0.00 | $537.73 |
| 5200 | 9004384 | 10/11/2017 | $430.18 | $0.00 | $430.18 |
| 5200 | 9004464 | 11/08/2017 | $428.33 | $0.00 | $428.33 |
| 5200 | 9004544 | 12/05/2017 | $428.34 | $0.00 | $428.34 |
| 5200 | 9004624 | 01/11/2018 | $428.34 | $0.00 | $428.34 |
| 5200 | 9004703 | 02/08/2018 | $321.26 | $0.00 | $321.26 |
| 5200 | 9004781 | 03/08/2018 | $535.42 | $0.00 | $535.42 |
| 5200 | 9004860 | 04/03/2018 | $321.25 | $0.00 | $321.25 |
| 5200 | 9005024 | 05/15/2018 | $749.60 | $0.00 | $749.60 |
| 5200 | 9005103 | 06/07/2018 | $321.25 | $0.00 | $321.25 |
| 5200 | 9005185 | 07/12/2018 | $535.43 | $0.00 | $535.43 |
| 5200 | 9005270 | 08/09/2018 | $428.33 | $0.00 | $428.33 |
| 5200 | 9005353 | 09/06/2018 | $428.34 | $0.00 | $428.34 |
| 5200 | 9005436 | 10/10/2018 | $535.43 | $0.00 | $535.43 |
| 5200 | 9005520 | 11/08/2018 | $426.50 | $0.00 | $426.50 |
| 5200 | 9005607 | 12/13/2018 | $533.12 | $0.00 | $533.12 |
| 5200 | 9005693 | 01/10/2019 | $426.50 | $0.00 | $426.50 |
| 5200 | 9006387 | 09/26/2019 | $709.60 | $0.00 | $709.60 |
| 5200 | 9006469 | 10/10/2019 | $223.34 | $0.00 | $223.34 |
| 5200 | 9006554 | 11/07/2019 | $427.44 | $0.00 | $427.44 |
| 5200 | 9006645 | 12/12/2019 | $641.15 | $0.00 | $641.15 |
| 5200 | 9006737 | 01/16/2020 | $534.30 | $0.00 | $534.30 |
| 5200 | 9006831 | 02/13/2020 | $474.28 | $0.00 | $474.28 |
| 5200 | 9006921 | 03/12/2020 | $427.44 | $0.00 | $427.44 |
| 5200 | 9009070 | 11/03/2020 | $247.45 | $0.00 | $247.45 |
| 5200 | 9009373 | 12/10/2020 | $1,705.48 | $0.00 | $1705.48 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DALTON A. WHYTE

Debtor(s)

Case No.: 5-15-04752-RNO
Chapter 13

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| WELLS FARGO BANK, N.A.<br>DEFAULT DOCUMENT PROCESSING/MAC#N9286-01Y<br>1000 BLUE GENTIAN ROAD<br>EAGAN, MN, 55121-7700 | SERVED BY 1ST CLASS MAIL |
| DALTON A. WHYTE<br>198 HALLET ROAD<br>EAST STROUDSBURG, PA 18301-8321 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com