## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    DALTON A. WHYTE                        Case No.: 5-15-04752-RNO
                                                                     Chapter 13

    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 198 Hallet - PRE-ARREARS - 7443 |
| Property Address if applicable: | 198 HALLET ROAD, , EAST STROUDSBURG, PA18301-8321 |

**PART 2:**                      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,832.25 |
| b. | Prepetition arrearages paid by the Trustee: | $2,832.25 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,832.25 |

**PART 3:**                      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021               Respectfully submitted,

                                                s/ Charles J. DeHart, III, Trustee
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                eMail: dehartstaff@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5210 | 9003435 | 10/05/2016 | $95.65 | $0.00 | $95.65 |
| 5210 | 9003517 | 11/02/2016 | $49.50 | $0.00 | $49.50 |
| 5210 | 9003600 | 12/06/2016 | $82.02 | $0.00 | $82.02 |
| 5210 | 9003682 | 01/12/2017 | $82.03 | $0.00 | $82.03 |
| 5210 | 9003682 | 02/03/2017 | $-82.03 | $0.00 | $-82.03 |
| 5210 | 9003761 | 02/08/2017 | $147.65 | $0.00 | $147.65 |
| 5210 | 9003836 | 03/09/2017 | $65.62 | $0.00 | $65.62 |
| 5210 | 9003912 | 04/12/2017 | $82.03 | $0.00 | $82.03 |
| 5210 | 9003912 | 05/05/2017 | $-82.03 | $0.00 | $-82.03 |
| 5210 | 9003990 | 05/11/2017 | $147.65 | $0.00 | $147.65 |
| 5210 | 9004073 | 06/13/2017 | $82.03 | $0.00 | $82.03 |
| 5210 | 9004146 | 07/06/2017 | $65.62 | $0.00 | $65.62 |
| 5210 | 9004226 | 08/10/2017 | $82.03 | $0.00 | $82.03 |
| 5210 | 9004305 | 09/19/2017 | $82.02 | $0.00 | $82.02 |
| 5210 | 9004384 | 10/11/2017 | $65.62 | $0.00 | $65.62 |
| 5210 | 9004464 | 11/08/2017 | $65.35 | $0.00 | $65.35 |
| 5210 | 9004544 | 12/05/2017 | $65.34 | $0.00 | $65.34 |
| 5210 | 9004624 | 01/11/2018 | $65.34 | $0.00 | $65.34 |
| 5210 | 9004703 | 02/08/2018 | $49.00 | $0.00 | $49.00 |
| 5210 | 9004781 | 03/08/2018 | $81.68 | $0.00 | $81.68 |
| 5210 | 9004860 | 04/03/2018 | $49.01 | $0.00 | $49.01 |
| 5210 | 9005024 | 05/15/2018 | $114.34 | $0.00 | $114.34 |
| 5210 | 9005103 | 06/07/2018 | $49.01 | $0.00 | $49.01 |
| 5210 | 9005185 | 07/12/2018 | $81.67 | $0.00 | $81.67 |
| 5210 | 9005270 | 08/09/2018 | $65.35 | $0.00 | $65.35 |
| 5210 | 9005353 | 09/06/2018 | $65.34 | $0.00 | $65.34 |
| 5210 | 9005436 | 10/10/2018 | $81.67 | $0.00 | $81.67 |
| 5210 | 9005520 | 11/08/2018 | $65.06 | $0.00 | $65.06 |
| 5210 | 9005607 | 12/13/2018 | $81.33 | $0.00 | $81.33 |
| 5210 | 9005693 | 01/10/2019 | $65.06 | $0.00 | $65.06 |
| 5210 | 9006387 | 09/26/2019 | $108.25 | $0.00 | $108.25 |
| 5210 | 9006469 | 10/10/2019 | $34.06 | $0.00 | $34.06 |
| 5210 | 9006554 | 11/07/2019 | $65.20 | $0.00 | $65.20 |
| 5210 | 9006645 | 12/12/2019 | $97.81 | $0.00 | $97.81 |
| 5210 | 9006737 | 01/16/2020 | $81.50 | $0.00 | $81.50 |
| 5210 | 9006831 | 02/13/2020 | $72.36 | $0.00 | $72.36 |
| 5210 | 9006921 | 03/12/2020 | $65.20 | $0.00 | $65.20 |
| 5210 | 1223637 | 11/03/2020 | $37.75 | $0.00 | $37.75 |
| 5210 | 1224628 | 12/10/2020 | $260.16 | $0.00 | $260.16 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DALTON A. WHYTE   Case No.: 5-15-04752-RNO
Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING, LLC<br>872 LUCENT BLVD, SUITE 300<br>HIGHLANDS RANCH, CO, 80129 | SERVED BY 1ST CLASS MAIL |
| DALTON A. WHYTE<br>198 HALLET ROAD<br>EAST STROUDSBURG, PA 18301-8321 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com