**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dalton A. Whyte |
| Debtor 2 | |
| (Spouse, if filing) | |

United States Bankruptcy Court for the:     Middle     District of     Pennsylvania
                                                       (State)

Case number     15-04752 HWV

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g) the creditor responds to the trustee's notice of final cure payment.**

### Part 1:     Mortgage Information

**Court claim no.** (if known):
3-2

**Name of Creditor:**     WELLS FARGO BANK, N.A.

**Last 4 digits** of any number you use to identify the debtor's account:     9698

**Property address:**     198 Hallet Road
                             Number     Street

                             East Stroudsburg, PA   18301-8321
                                   City                        State     ZIP Code

### Part 2:     Prepetition Default Payments

*Check one:*

☒     Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐     Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                $

### Part 3:     Postpetition Mortgage Payment

*Check one:*

☒     Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

        The next postpetition payment from the debtor(s) is due on:     04/01/2021
                                                        MM/DD/YYYY

☐     Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

        Creditor asserts that the total amount remaining unpaid as of the date of the response is:

a.     Total postpetition ongoing payments due:                                      (a)   $

b.     Total fees, charges, expenses, escrow, and costs outstanding:           +(b)   $

c.     **Total.** Add lines a and b.                                              (c)   $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                              
                                                MM/DD/YYYY

## Part 4:     Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts for the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amount the creditor contends remain unpaid.

## Part 5:     Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's
proof of claim.**

*Check the appropriate box.*

☐   I am the creditor.
☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| ✗ | /s/ Harry B. Reese | Date | 04/01/2021 |
| | Signature | | |

| | | | |
|---|---|---|---|
| Print | Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq. / Sarah K. McCaffery, Esq. | Title | Attorney |
| | First Name     Middle Name     Last Name | | |

Company     Powers Kirn, LLC

If different from the notice of address listed on the proof of claim to which this response applies:

Address     8 Neshaminy Interplex, Suite 215
               Number     Street

               Trevose, PA   19053
               City               State    ZIP Code

Contact phone     215-942-2090           Email     bankruptcy@powerskirn.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dalton A. Whyte<br>aka Dalton Andrew Whyte<br>aka Dalton Whyte<br>aka Dalton White<br>aka Dalton Andrew White<br>fdba Monavie<br>aka Dalton A. White | Case No.: 15-04752 HWV<br><br>Chapter: 13 |
| Debtor(s) | |
| WELLS FARGO BANK, N.A. | |
| Movant | |
| v.<br>Dalton A. Whyte<br>aka Dalton Andrew Whyte<br>aka Dalton Whyte<br>aka Dalton White<br>aka Dalton Andrew White<br>fdba Monavie<br>aka Dalton A. White | |
| Respondent | |

## CERTIFICATION OF SERVICE
## OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on April 01, 2021.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via electronic notification:

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown PA 17036
dcook@pamd13trustee.com
Trustee

Vincent Rubino, Esquire
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
VRubino@newmanwilliams.com
Attorney for Debtor/Debtors

Parties served via First-Class Mail

Dalton A. Whyte
aka Dalton Andrew Whyte
aka Dalton Whyte
aka Dalton White
aka Dalton Andrew White
fdba Monavie
aka Dalton A. White
198 Hallet Road
East Stroudsburg PA 18301-8321
Debtor

Dated:  April 01, 2021

/s/ Harry B. Reese

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant