In re:                                            Case No. 15-04752-HWV

Dalton A. Whyte                                Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 3
Date Rcvd: May 18, 2021                    Form ID: fnldecnd                         Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dalton A. Whyte, 198 Hallet Road, East Stroudsburg, PA 18301-8321 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300,, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Bank N.A., Wells Fargo Bank N.A., 1 Home Campus, MAC X2303-01A, DesMoines, IA 50328-0001 |
| cr | + | Wells Fargo Bank, N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 4717352 | + | BERKHEIMER TAX ADMINISTRATION, ATTN MELISSA RISSMILLER, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795 |
| 4731685 | + | Berkheimer Assoc-Agt E.StroudsburgBor/PoconoMtnSD, c/o David R. Gordon, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 4717354 | + | CHILDRESS COUNTY CSCD, 100TH JUDICIAL DISTRICT, PO BOX 126, CHILDRESS, TX 79201-0126 |
| 4717356 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 4717357 | + | PNC BANK, C/O STEVEN BAUM PC, 220 NORTHPOINTE PKWY STE G, AMHERST, NY 14228-1894 |
| 5149517 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 5357455 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5361721 | + | Specialized Loan Servicing, LLC, c/o Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5400362 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 4717359 | | WELLS FARGO HOME EQUITY, MAC S3837-020 2ND FL, 2222 W ROSE GARDEN LANE, PHOENIX, AZ 85027-2644 |
| 4717360 | + | WELLS FARGO HOME EQUITY, C/O MCCABE WEISBERG & CONWAY, 123 S BROAD ST SUITE 1400, PHILADELPHIA, PA 19109-1060 |
| 4717361 | + | WELLS FARGO HOME MORTGAGE, PO BOX 10335, DES MOINES, IA 50306-0335 |
| 4759968 | | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attention: Bankruptcy Department, MAC# D3347-014 3476 Stateview Blvd, Fort Mill, SC 29715 |
| 4758516 | | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines IA 50328-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4717353 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2021 19:05:05 | CACH LLC, 4340 S MONACO ST, UNIT 2, DENVER, CO 80237-3485 |
| 4717355 | | Email/PDF: pa_dc_claims@navient.com | May 18 2021 19:05:19 | NAVIENT, DEPT OF ED LOAN SERVICING, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 4757639 | | Email/PDF: pa_dc_ed@navient.com | May 18 2021 19:05:20 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 4717358 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2021 18:56:00 | PNC BANK NA, PO BOX 8703, DAYTON, OH 45401 |
| 4762836 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2021 18:56:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, 3232 Newmark Drive, Attn: Bankruptcy Department, Miamisburg, OH 45342 |
| 4747717 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

May 18 2021 18:56:00  PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5357456 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor PNC Bank National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A DeNardo | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com, logsecf@logs.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Joshua I Goldman | on behalf of Creditor PNC Bank National Association josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Kristen D Little | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Kristen D Little | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Marie Moyer | on behalf of Creditor PNC Bank National Association nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Mario John Hanyon | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov DPugh@monroecountypa.gov |
| Robert J Kidwell, III | on behalf of Debtor 1 Dalton A. Whyte rkidwell@newmanwilliams.com |

    rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com

Thomas I Puleo
    on behalf of Creditor PNC Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Dalton A. Whyte lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dalton A. Whyte,<br>aka Dalton Whyte, aka Dalton Andrew Whyte, aka Dalton White, aka Dalton A. White, aka Dalton Andrew White, fdba Monavie, | Chapter 13<br><br>Case No. 5:15−bk−04752−HWV |

**Debtor 1**

Social Security No.:
xxx−xx−8349

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Dalton A. Whyte** in accordance with §1328 of the Bankruptcy Code.

Dated: May 18, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (10/20)